PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Asa Shaquille Holloway
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Major Banks, Capt littrel
Sherriff miller
Srgt Smith
(Enter above full name of defendant or defendants.)

Case No. _____

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs:
      _____
      _____

      Defendants:
      _____
      _____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket number:_____

   4. Name of presiding judge:_____

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
      _____

   6. Approximate date of case filing:_____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ) No (✓)
1. Name the court and docket number for each:

_____
_____

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No (✓)
1. If yes, how many?

_____

2. Name the court and docket number for each action:

_____
_____

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (✓) No ( )

B. If your answer is Yes:
1. When did you file your grievance?

Sep 30 2024

2. What was your grievance?

I asked to be taken to The restroom and was told to use the bag or hold it was not taken

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No (✓)

If yes, when was the decision and what was the result?

_____
_____
_____

C. If your answer to A is no, identify the claim(s) and explain why not:

_____
_____
_____
_____
_____
_____

IV. PARTIES
A. Plaintiff's Name:
Asa Shaquville Holloway
Address/Place of Confinement: 153 Safety way
Brevard N.C 28712

B. Defendant(s)

Name of Defendant 1: Major Banks
Position: Major
Place of Employment: Buncombe County Detention facility
Current Address: 20 Davison Dr Asheville N.C 28801

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: Sheriff Miller
Sheriff
Buncombe County Detention facility
20 Davison Dr Asheville N.C 28801

Defendant 3: Capt Littral
Capten
Buncombe County Detention facility
20 Davison Dr Asheville N.C 28801

Defendant 4: Srgt Smith

Buncombe County Detention facility
20 Davison Dr Asheville N.C 28801

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

See attachments 1-3

# STATMENT OF CLAIM

From Aproximately sept 27, 2024 Through oct 6, 2024 Me and The B.C.D.F detainees had to indure unreasonable hazardous humiliating dehumanizing Times while in our cells. I was forced to live in a cell with feces covered floors. I was made to deficate in small bathroom sized trash bags, no gloves were provided. Toielts were regergitating from The atempt to flush The toielts with bucket water, which had a opposite effect only causing The waste to spill on The floors. I am Muslim I pray five times a day I was not able to practes my Religion Cause I could not make wudu from not having water and wasn't able to make my Salat (prays) do to not Being able place my Prayrug on The floor cause of The feces on floor and not being clean. Bags of body waste were stored in The cells corner for days which leaked. We only recieved bags two days after water stopped working. Other detainees and I were fed in Our Cells. It was very difficult to eat morning breakfast two boiled eggs and a milk. For Lunch was cheese on bread, one bottled water, and a pack of crackers. It was hard to eat because The cells were fumigated with feces and urine. Me and other were having hard time breathing and couldn't escape the view or stench of human waste, I don't know what diseases may develope in the future due to exposure of other people raw sewage. A few days before we left we were allowed to use the out door restrooms at 1:00 Am only. Officer srgt. Smith of The B.C.DF would tell us that everything would be back to normal tomorrow, but that never

done. He refuse to let inmates use the outside restroom when asked, by saying "You can use it in the bags or hold it" even though our conditions had worsened. When U.S. Marshalls got wind conditions they spring into action and we were moved to a better location, and explained we would have been moved days earlier if not been for the jail officials sheriff miller, Mayor Banks, and littrel misrepresenting our conditions, which bring me to the Asheville community took to the B.C.D.F social media account where I included to copies of the questions and respondes shown first hand that the jail was not fourth coming at all. I am aware that everyone in the WNC has been affected by Storm Helene in someway or another, however our local news team throughout the community was expecting the outcome that was headed our way. The people that are obligation to take care of the detainees has failed and it seems no one is being accountable for instance no preventive measures were take by sheriff miller, Major Banks, Capt. littrel, or Sgt Smith. B.C.D.F treated me and other detainee as we were animals more like dogs in kennels only worse by staff and the jail administration. One of the most important cases for pretrial detainees is [Bell v. Wolfish] 441 U.S. 520 (1979) which challenge to the conditions of confinement in jail. one legal result of this is that jail conditions for pretrail detainees are reviewed by courts under the fifth Admenment prohibition of Cruel and unusual punishment. Also in [Taylor V. Riojas] 141 S. CT. 52 (2020) the Supreme court ruled that holding a inmate in a cell covered in feces even for a few days violated clearly established constitutional rights, such that money damages were available.

In [Womble v. Chrisman] 770 F. App't 918. 925 (10th cir) (2019) unsanitary conditions denial of clean Toielts and showers.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

The conditions that I had to experience was out right inhuman and barbarous federal courts will provide relief for deprivation of federal detainees constitutional right to be free of cruel and unusual punishment during his/her confindment when the conditions of the confinement become such that a detainee is deprived of personal hygiene and other basic civil right. This includes something as simple as clean drinking water or the ability to shower this was unreasable and could have been avoided instead dutys was neglected. I seek $200,000 and the B.C.D.F to make new policies that prevent this from happening again and some protocal put in place and a real plan put in place

Date: 1-26-25     Signature: *CA holloway*
                  Prison ID #: 74577